**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NV Freight, Inc., | ) | Case No. 25-09610 |
| | ) | |
|       Debtor. | ) | Honorable Michael B. Slade |
| | ) | |

**SCHEDULING ORDER RE BALBOA MOTION
FOR RELIEF FROM AUTOMATIC STAY**

      An evidentiary hearing on the Motion for Relief from Automatic Stay or, in the Alternative, Motion to Compel Payment of Adequate Protection filed by Ameris Bank d/b/a Balboa Capital [ECF No. 32] will commence on **October 17, 2025, at 1:00 p.m.** (prevailing Central Time) (the "Hearing") at the United States Courthouse, 219 South Dearborn Street, **Courtroom 642**, Chicago, Illinois.  At the Court's discretion and consistent with the Court's schedule, the Hearing will continue from day to day until completed.  The following provisions will govern the proceedings on this matter:

      1.    Any response to the Motion for Relief shall be filed on or before **Monday, October 6, 2025**.

      2.    Any reply in support of the Motion for Relief shall be filed on or before **Tuesday, October 14, 2025**.

      3.    On or before **Monday, October 13, 2025**, the parties shall:

          a.    Exchange with each other and file with the Court lists of all witnesses (including a brief description of the subject matter of each witness' testimony), exhibits, and demonstrative exhibits of which the parties intend to seek admission at the Hearing ("Witness and Exhibit Lists"),

          b.    Each exhibit must be filed as a separate attachment to the Witness and Exhibit List and, when offering an exhibit into evidence, a party must reference the exact docket number of the filed exhibit,

          c.    Exchange copies of all exhibits and demonstrative exhibits on the Witness and Exhibit Lists, and

1

   d. Submit to the Court two (2) sets of the Witness and Exhibit Lists, the exhibits, and the demonstrative exhibits in binders with tabs that denote each exhibit's assigned number.[1]

 4. Each proposed exhibit must be clearly numbered in the order of its probable presentation at the hearing and listed on the Witness and Exhibit List in such order.

 5. Any exhibits on a Witness and Exhibit List to which there is no objection will be admitted into evidence at the outset of the hearing. Any demonstrative exhibits on a Witness and Exhibit List to which there is no objection will be deemed admitted "as demonstrative evidence only."

 6. Motions *in limine* or objections to the admission of exhibits shall be filed on or before **Thursday, October 16, 2025, at 12:00 p.m.**. No written responses to such motions or objections are necessary, but if filed, shall be filed with the Court no later than 24 hours prior to the commencement of the Hearing. The Court will rule on such motions at the start of the Hearing.

 7. Parties shall not file trial briefs.

 8. **The Hearing will be held in person in the courtroom**. No remote testimony will be permitted except for good cause in compelling circumstances and with appropriate safeguards.

 9. Failure to comply with this Order may result in the imposition of appropriate sanctions pursuant to Rule 16(f) of the Federal Rules of Civil Procedure (made applicable by Bankruptcy Rule 7016), including:

   a. Any exhibit not on the Witness and Exhibit List and exchanged in accordance with this Order will not be admitted into evidence.

   b. Any witness not identified on the Witness and Exhibit List in accordance with this Order will be barred from testifying at the Hearing.

   c. A party who fails to file a Witness and Exhibit List and exchange exhibits in accordance with this Order will be precluded from introducing any exhibits into evidence or presenting any witnesses at the Hearing.

 10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

 11. All time periods (if any) set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

Date: September 23, 2025   By: /s/ MBS
               MICHAEL B. SLADE
               UNITED STATES BANKRUPTCY JUDGE

---

[1] Deliver to the Clerk of the Court's Intake Desk in Room 710 of the Dirksen Federal Building (clearly labeled for Judge Slade).